IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Susan Lord, | ) | |
| | ) | C/A No. 7:13-360-TMC-KFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Belk, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Susan Lord ("Lord") filed this action against the defendant, Belk, Inc. ("Belk"), alleging job discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, and of the South Carolina Human Affairs Law, S.C. Code Ann. §§ 1-13-30, 1-13-80. Belk moved the court to dismiss Lord's state law claims for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 7.)

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(d), D.S.C., United States Magistrate Judge Kevin F. McDonald filed a Report and Recommendation ("Report"), recommending that the court grant Belk's motion to dismiss Lord's state law claims. Neither party objected to the Report.

In the absence of objections to the Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and the record in this case, the court agrees with the Report. Accordingly, the court adopts the Report and incorporates it herein. Therefore,

Belk's motion to dismiss the plaintiff's state law claims (ECF No. 7) is **GRANTED**.

**IT IS SO ORDERED.**

                                                                  s/Timothy M. Cain
                                                                  United States District Judge

June 4, 2013
Anderson, South Carolina